```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020440
Cashier ID: sprinka
Transaction Date: 06/20/2008
Payer Name: STATE OF CALIFORNIA
------------------------------------
WRIT OF HABEAS CORPUS
 For: DAVID PATTERSON
 Amount:         $5.00
------------------------------------
CHECK
 Check/Money Order Num: 203439682
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:      $0.00

08-2681RMW(PR)

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```